UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Brandon Mazepa, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:18-cv-02435-MEM |
| v. | : |
| Discover Card Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 25, 2019

Respectfully submitted,

PLAINTIFF, Brandon Mazepa

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 25, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By_/s/ Jody B. Burton_____

              Jody B. Burton