**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON MAZEPA,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:18-2435** |
| | : | |
| **v** | : | |
| | : | **(JUDGE MANNION)** |
| **DISCOVER CARD SERVICES, INC.,** and **DOES 1-10, INCLUSIVE,** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Presently before the court is the plaintiff's Notice of Settlement. **IT IS ORDERED THAT** this action be dismissed with prejudice, each side to bear his/its own fees and costs, to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   February 25, 2019**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2018 ORDERS\18-2435-03.wpd